DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMESH KUMAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            ) | NO. CR. S. 99-0257-FCD |
|        Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>            )<br>            )<br>RAMESH KUMAR,    )<br>            )<br>        Defendant.<br>_____ | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: March 26, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAURA FERRIS, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for February 20, 2007 be continued to March 26, 2007, and that time be excluded for preparation of defense counsel.

     This continuance is being requested because defense counsel needs to receive discovery from the government, review it with her client, conduct investigation, and obtain documents.

    For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

Act may be excluded from the date of this order through March 26, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:  February 15, 2007               /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED:  February 15, 2007               /s/ RACHELLE BARBOUR for
                                        LAURA FERRIS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**IT IS SO ORDERED.**

DATED:  February 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE