```
Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone:  (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RAMESH KUMAR
```

UNITED STATES DISTRICT COURT

FOR THE EASTERM DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-99-257-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING APPEARANCE |
| v. ) | AND SETTING OF STATUS |
| ) | <u>CONFERENCE HEARING</u> |
| RAMESH KUMAR, ) | |
| ) | |
| Defendant. ) | |

    Upon stipulation of the government and defendant, the status appearance of May 21, 2007 shall be continued, as to defendant RAMESH KUMAR, to May 29, 2007, at 10:00 in the morning.

    The status conference date is being continued in order that the defendant and the government may complete their plea negotiations and preparation necessary for the entry of defendant's plea in this case.

    The time between May 21, 2007 and May 29, 2007 should be excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) [Local Codes T1, T4], in that the failure

to grant the continuance would deny the defendant the reasonable time necessary for effective preparation.

**SO STIPULATED.**

Dated: May 16, 2007                    /s/ Laura L. Ferris
                                        LAURA L. FERRIS
                                        Assistant U.S. Attorney

**SO STIPULATED.**

Dated: May 16, 2007
                                        /s/ George C. Boisseau
                                        GEORGE C. BOISSEAU
                                        Attorney for Defendant
                                        RAMESH KUMAR

                            ORDER

GOOD CAUSE APPEARING, upon stipulation of the government and defendant, the status appearance of May 21, 2007 shall be continued, as to defendant RAMESH KUMAR, to May 29, 2007, at 10:00 a.m.

It is further ordered that the time between May 21, 2007 and May 29, 2007 should be excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) [Local Codes T1, T4], in that the failure to grant the continuance would deny the defendant the reasonable time necessary for effective preparation.

**IT IS SO ORDERED.**

Dated: May 18, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE