1   McGREGOR W. SCOTT
    United States Attorney
2   LAURA L. FERRIS
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2932

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    CR. No. S-99-257 FCD
                                     )
12                   Plaintiff,      )
                                     )    STIPULATION AND ORDER
13        v.                         )    CONTINUING SENTENCING
                                     )    HEARING
14  RAMESH KUMAR,                    )
                                     )
15                   Defendant.      )
    ─────────────────────────────────)

16

17       Upon stipulation of the government and defendant, with the

18  concurrence of the United States Probation Department, the

19  sentencing hearing of August 6, 2007 shall be continued, as to

20  defendant RAMESH KUMAR, to September 10, 2007, at 10:00 in the

21  morning.

22       The sentencing hearing is being continued to allow time for

23  the United States Probation Department to complete its pre-

24  / / /

25  / / /

26  / / /

27  / / /

28

                                1

sentence investigation and afford the parties time to address any

sentencing issues.


        SO STIPULATED.
        Dated: 8/3/07                        /s/ Laura L. Ferris
                                            LAURA L. FERRIS
                                            Assistant U.S. Attorney


        SO STIPULATED.
        Dated: 8/2/07                        /s/ George C. Boisseau
                                            GEORGE C. BOISSEAU
                                            Attorney for Defendant
                                            RAMESH KUMAR




                              ORDER

    GOOD CAUSE APPEARING, upon stipulation of the government and

defendant, the sentencing hearing of August 6, 2007 shall be

continued, as to defendant RAMESH KUMAR, to September 10, 2007 at

10:00 in the morning.


    SO ORDERED.

    DATED: August 3, 2007



    _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE